IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SILAS GARCIA,

    Plaintiff,

vs.                                         No. CIV 96-1459 MV/LCS

THE CITY OF ALBUQUERQUE, et. al.,

    Defendants.

## **MEMORANDUM OPINION AND ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration, filed June 8, 1998 **[Doc. No. 77]**. The Court, having considered the motion, response, relevant law, and being otherwise fully informed, finds that the Motion is not well-taken and will be **DENIED**.

Plaintiff has failed to cite any facts or legal argument which would support reconsideration of this Court's Memorandum Opinion and Order adopting the findings of the Magistrate. Plaintiff merely recites the same arguments already addressed by this Court. Accordingly, reconsideration pursuant to Federal Rule of Civil Procedure 59 is not warranted and, for the reasons stated in the Court's Memorandum Opinion and Order of May 29, 1998 **[Doc. No. 73]**, Plaintiff's Motion for Reconsideration is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration **[Doc. No. 77]** is hereby **DENIED**.

                                                                         MARTHA VÁZQUEZ
                                                                         UNITED STATES DISTRICT JUDGE